# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE GARRETT,<br><br>        Petitioner,<br><br>        v.<br><br>ILLINOIS,<br><br>        Respondent. | Case No. CV 18-2930 DMG (MRW)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court dismisses this action and denies in forma pauperis status in this frivolous case.

\* \* \*

1. Petitioner Johnnie Garrett is a state prisoner in Illinois. He is housed in an Illinois prison after incurring a criminal conviction in that state. Using a form designed for the federal court in Illinois, he filed a request in this Court – in the Central District of California – for habeas corpus relief under 28 U.S.C. § 2254.

2.   The action is dismissed as frivolous and in forma pauperis status is denied for the following reasons.

3.   Venue for this action is improper in this judicial district. Petitioner's action facially has no connection to the federal court in Los Angeles – he neither was convicted in this region nor is currently housed here.  28 U.S.C. § 2241(d).

4.   Petitioner's submission is unintelligible, consists of gibberish, and fails to state a constitutional claim upon which relief may be granted under AEDPA.  28 U.S.C. § 1915.

5.   Petitioner is known for his previous colorful and bizarre filings in this Court.  None has passed the screening stage.  Garrett v. Unknown, CV 13-4468 MRW (C.D. Cal.); Garrett v. Illinois Attorney General, CV 13-4971 MRW (C.D. Cal.).

6.   If it "appears from the application that the applicant or person detained is not entitled" to habeas relief, a court may dismiss a habeas action without ordering service on the responding party.  28 U.S.C. § 2243; see also Rule 4 of Rules Governing Section 2254 Cases in United States District Courts (petition may be summarily dismissed if petitioner plainly not entitled to relief); Local Civil Rule 72-3.2 (magistrate judge may submit proposed order for summary dismissal to district judge "if it plainly appears from the face of the petition [ ] that the petitioner is not entitled to relief").

7.   Further, no legitimate purpose would be served in transferring this unintelligible filing to a federal court in Illinois or in allowing Petitioner an opportunity to refile in this Court.  Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000).

\* \* \*

Therefore, the present action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: April 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE